## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER LYONS,** | ) | **CASE NO.  5:07 CV 2986** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY** | ) | **Magistrate Judge Nancy A. Vecchiarelli** |
| | ) | |
| **Defendant.** | ) | **ORDER** |

As stated in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation of Magistrate Judge Vecchiarelli (Document #18) is hereby ADOPTED. Defendant's final determination denying Plaintiff's claim for Disability Insurance Benefits ("DIB") and Social Security Income ("SSI") under Title II and Title XVI of the Social Security Act ("Act"), 42 U.S.C. §§ 416(i), 423, 1381 *et seq.* is hereby AFFIRMED.

IT IS SO ORDERED.

                                                              s/Donald C. Nugent
                                                              DONALD C. NUGENT
                                                              United States District Judge

DATED: July 15, 2008